**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6053**

LOUIS RAY CHAPMAN, JR.,

Plaintiff - Appellant,

versus

LARRY HUFFMAN, Regional Director, Western
Regional Office; DANIEL A. BRAXTON, Warden,
Augusta Correctional Center; CAPTAIN SMILEY,
Shift Commander; SERGEANT PRITT, Building
Sergeant (Supervisor); C/O TYLER; C/O WHITT;
C/O BURCH; DONALD A. VORGERT, Food Service
Director-A; TOM SANDERS, Food Service
Director-B,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (7:06-cv-00708-jlk)

Submitted:  May 30, 2007          Decided:  June 28, 2007

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis Ray Chapman, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Ray Chapman, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Chapman v. Huffman</u>, No. 7:06-cv-00708-jlk (W.D. Va. Dec. 14, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>